**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| QUINN RASMUS,<br><br>　　　　*Plaintiff*,<br>　v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a/ ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>　　　　*Defendants*. | Civ. No. 19-CV-00238 (LEK/DJS)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL** |

　　　Plaintiff Quinn Rasmus ("Plaintiff"), by and through undersigned counsel, hereby submits this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiff has resolved his remaining claims against Defendant Saint-Gobain Performance Plastics Corp., and thereby respectfully requests that the Court enter an Order dismissing the above-captioned matter, with prejudice, with each party bearing that party's own attorney's fees and costs.

Dated: April 19, 2024　　　　　　　　　**WEITZ & LUXENBERG, P.C.**

　　　　　　　　　　　　　　　　　　　　*/s/ James J. Bilsborrow*
　　　　　　　　　　　　　　　　　　　　James J. Bilsborrow
　　　　　　　　　　　　　　　　　　　　700 Broadway
　　　　　　　　　　　　　　　　　　　　New York, New York 10003
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 558-5500
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 344-5461
　　　　　　　　　　　　　　　　　　　　jbilsborrow@weitzlux.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

So Ordered

_____
LAWRENCE E. KAHN
UNITED STATES DISTRICT JUDGE
Dated: April 30, 2024